FLIGHT ENGINEERS' INTERNATION-
AL ASSOCIATION, AFL–CIO, et al.,
Appellants,

v.

AMERICAN AIRLINES, INC., Appellee.

No. 19055.

United States Court of Appeals
Fifth Circuit.

March 25, 1963.

Before BROWN, WISDOM, and
BELL, Circuit Judges.

PER CURIAM.

After the Court's opinion, 303 F.2d 5, had been adopted and was awaiting publication, the parties filed in this Court a stipulation for dismissal of the appeal. They had also filed in the District Court a stipulation for dismissal of the action without prejudice. The District Court entered a dismissal pursuant to this stipulation. As it now appears that the proceeding below has been dismissed, and that accordingly no purpose would be served in vacating the decree with directions to dismiss, cf. United States v. Munsingwear, Inc., 1950, 340 U.S. 36, 39, 71 S.Ct. 104, 95 L.Ed. 36; Walling v. James V. Reuter, 1944, 321 U.S. 671, 64 S.Ct. 826, 88 L.Ed. 1001, and see cases cited note 3 of our original opinion, 303 F.2d 5, 8, the appeal is dismissed pursuant to stipulation of the parties.

Paul GINSBURG, Appellant

v.

Horace STERN and Patrick N. Bolsinger.

No. 14137.

United States Court of Appeals
Third Circuit.

March 5, 1963.

Rehearing Denied March 27, 1963.

Before BIGGS, Chief Judge, Mc-
LAUGHLIN, Circuit Judge, and SHERI-
DAN, District Judge.

PER CURIAM.

Upon consideration of the motion by appellees, and of the answer filed by appellant, and after hearing appellant,

It is ORDERED that appellees' motion for an order directing appellant to pay a reasonable fee to defendants' counsel by way of a penalty, be and it is hereby denied.

It is furthere ORDERED that the appeal in the above case be and it is hereby dismissed.